**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. 6:18-CR-30-GFVT-HAI**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**


**V.**                               **UNITED STATES' PROPOSED**
                                     **STATEMENT OF THE CASE**


**KIMBERLY JONES**                                                          **DEFENDANT**

********************

The United States, through counsel, submits the following proposed statement of the case:

The Defendant, Kimberly Jones, is charged with unlawfully dispensing controlled substances and health care fraud.  During the relevant timeframe, Jones, a licensed pharmacist, owned and operated Kim's Hometown Pharmacy in Williamsburg, Kentucky.  The United States alleges that Jones repeatedly dispensed Oxycodone and Oxymorphone to her patients outside the scope of professional practice and not for a legitimate medical purpose.  The United States also anyone alleges that Jones maintained her pharmacy, Kim's Hometown Pharmacy, for the purpose of unlawfully distributing a controlled substance.  Finally, the United States alleges that Jones defrauded government and private insurers by billing those insurers for prescription drugs that had not been dispensed to patients.

1

Jones denies the charges and has entered a plea of not guilty to the indictment.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:    /s/ Andrew E. Smith
        Andrew E. Smith
        Assistant United States Attorney
        260 W. Vine Street, Suite 300
        Lexington, KY  40507
        Tel:   (859) 685-4849
        Fax:  (859) 233-2747
        andrew.e.smith@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send notice of filing to counsel of record.

/s/ Andrew E. Smith
Assistant United States Attorney