UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 6:18-CR-30-GFVT-HAI**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                                              **EXHIBIT LIST**

KIMBERLY JONES                                                                           DEFENDANT

\* \* \* \* \*

The United States of America hereby submits the following proposed trial exhibit list. The United States respectfully requests leave of court to revise or supplement this list as needed.

| Exhibit | Description |
|---|---|
| 1. | Kim Jones's Commonwealth of Kentucky Pharmacist's License |
| 2. | February 13, 2014 Prescription Issued to F.T. Oxycodone 30 mg N124192 |
| 3. | March 2, 2017 Prescription Issued to L.M. Oxymorphone 7.5 mg N224635 |
| 4. | March 2, 2017 Prescription Issued to L.M. Oxycodone 15 mg N224634 |
| 5. | August 22, 2017 Prescription Issued to E.J. Oxycodone 30 mg N237064 |
| 6. | August 22, 2017 Prescription Issued to E.J. Oxymorphone 30 mg N237062 |
| 7. | August 31, 2017 Prescription Issued to L.V. Oxycodone 30 mg N237781 |
| 8. | August 31, 2017 Prescription Issued to L.V. Oxymorphone 20 mg N237779 |
| 9. | August 31, 2017 Prescription Issued to T.M. Oxycodone 30 mg N237786 |
| 10. | August 31, 2017 Prescription Issued to T.M. Oxymorphone 30 mg N237785 |
| 11. | September 27, 2017 Prescription Issued to K.H. Oxymorphone 7.5 mg N239592 |
| 12. | September 27, 2017 Prescription Issued to K.H. Oxycodone 30 mg N239593 |
| 13. | December 22, 2017 Prescription Issued to C.C. Oxycodone 15 mg N245188 |
| 14. | December 22, 2017 Prescription Issued to C.C. Oxycodone 30 mg N245187 |
| 15. | December 28, 2017 Prescription Issued to B.W. Oxycodone 30 mg N245349 |
| 16. | January 15, 2018 Prescription Issued to D.W. Oxycodone 15 mg N246468 |
| 17. | January 15, 2018 Prescription Issued to D.W. Oxycodone 30 mg N246467 |

| Exhibit | Description |
|---|---|
| 18. | January 17, 2018 Prescription Issued to D.W. Oxycodone 15 mg N246660 |
| 19. | January 17, 2018 Prescription Issued to D.W. Oxycodone 30 mg N246659 |
| 20. | January 18, 2018 Prescription Issued to L.V. Oxycodone 30 mg N246727 |
| 21. | January 18, 2018 Prescription Issued to L.V. Oxymorphone 20 mg N246728 |
| 22. | January 18, 2018 Prescription Issued to T.M. Oxycodone 30 mg N2466718 |
| 23. | January 18, 2018 Prescription Issued to T.M. Oxymorphone 20 mg N246725 |
| 24. | January 19, 2018 Prescription Issued to K.H. Oxycodone 30 mg N246779 |
| 25. | January 19, 2018 Prescription Issued to K.H. Oxymorphone 10 mg N246778 |
| 26. | January 30, 2018 Prescription Issued to D.W. Oxycodone 30 mg N247438 |
| 27. | January 30, 2018 Prescription Issued to D.W. Oxycodone 15 mg N247439 |
| 28. | **Summary Exhibit**: Summaries of Out-of-State Prescriptions Seized from Kim's Hometown Pharmacy |
| 29. | August 2017 DEA Controlled Substances Audit |
| 30. | March 2018 DEA Controlled Substances Audit |
| 31. | "Price List" Seized from Kim's Hometown Pharmacy |
| 32. | 2017 "Biologix Solutions" Training Materials re "Validation of Prescriptions for Controlled Substances" Seized from 1286 Cripple Creek Road |
| 33. | Handwritten Notes Re KASPER Account Seized from Kim's Hometown Pharmacy |
| 34. | August 18, 2017 KASPER Information Printout Seized from Kim's Hometown Pharmacy |
| 35. | Summary of KASPER Reports Requested by Provider 2014-2018 |
| 36. | Court Records for Selected Doctors<br>a. Dr. Williams<br>b. Dr. Stokes<br>c. Dr. Gowder<br>d. Dr. Moore |
| 37. | Undated Sticky Note re "Croley" Seized from Kim's Hometown Pharmacy |
| 38. | Undated Handwritten Note re Loaned Drugs Seized from Kim's Hometown Pharmacy |
| 39. | Training Documents Seized from Kim's Hometown Pharmacy<br>a. Undated APSC "Medicare Part D Compliance Fraud Waste and Abuse Training"<br>b. February 2013 "Medicare Parts C & D Fraud, Waste and Abuse Training and General Compliance Training" (hand signed June 9, 2014)<br>c. FWA Training PowerPoint Presentation (hand signed November 30, 2014)<br>d. Collection of 2015 Fraud Waste and Abuse Training Materials<br>e. 2016 PAAS Training Materials |
| 40. | Recovered Label for 11/3/17 Levetiracetam 750 mg to Patient A.N. |

| Exhibit | Description |
|---|---|
| 41. | Recovered Bottle for 11/3/17 Diphenhydramine 50 mg to Patient G.A. |
| 42. | Recovered Prescription Box for Ventolin HFA Inhaler for Patient C.P. |
| 43. | Recovered Prescription Label for Amoxicillin 875 MG for Patient F.M. |
| 44. | Prescription Labels Seized from Kim's Hometown Pharmacy Billed to Medicaid or Medicare |
| 45. | Photographs from March 2018 Search Warrant |
| 46. | **Summary Exhibit**: Summary of Claims for Prescription Labels Seized from Kim's Hometown Pharmacy Billed to Medicaid or Medicare |
| 47. | List of DEA Registration Actions for Selected Providers |
| 48. | **Summary Exhibits** of Prescriptions For Patient's Listed in Indictment<br>   a. Summary of C.C.'s Other Prescriptions<br>   b. Summary of K.H.'s Other Prescriptions<br>   c. Summary of E.J.'s Other Prescriptions<br>   d. Summary of L.M.'s Other Prescriptions<br>   e. Summary of T.M.'s Other Prescriptions<br>   f. Summary of F.T.'s Other Prescriptions<br>   g. Summary of L.V.'s Other Prescriptions<br>   h. Summary of B.W.'s Other Prescriptions<br>   i. Summary of D.W.'s Other Prescriptions<br>   j. Summary of D.W.'s Other Prescriptions<br>   k. Summary of D.W.'s Other Prescriptions |
| 49. | Kim's Hometown Pharmacy Drug Dispensing Report |
| 50. | Drug Wholesaler/Distributer Records<br>   a. Colossal Health Records<br>   b. Paragon Records<br>   c. Capital Drugs Records<br>   d. South Pointe Wholesale Records<br>   e. Masters Records<br>   f. Smith Drugs Records<br>   g. Amerisource Bergen Records<br>   h. McKesson Records<br>   i. Matrix Records<br>   j. River City (Masters) Records |
| 51. | **Summary Exhibit**: Comparison of Drugs Ordered to Drugs "Dispensed" |
| 52. | Billing Data for Kim's Hometown Pharmacy<br>   a. Certified Medicare Data<br>   b. Certified Medicaid Data<br>   c. Anthem-Caremark Data<br>   d. United Health Data<br>   e. Express Scripts Data<br>   f. Humana Data |

| Exhibit | Description |
|---|---|
| 53. | **Summary Exhibit**: Comparison of Drugs Ordered to Drugs Billed |

        Respectfully submitted,

        ROBERT M. DUNCAN, JR.
        UNITED STATES ATTORNEY

By: /s/ Andrew E. Smith
    Andrew E. Smith
    Assistant United States Attorney
    260 W. Vine Street, Suite 300
    Lexington, KY  40507
    Tel:   (859) 685-4849
    Fax:  (859) 233-2747
    andrew.e.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send notice of filing to counsel of record.

/s/ Andrew E. Smith
Assistant United States Attorney