UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL

Case No.   6:18-CR-30-GFVT-01            At   London            Date   February 4, 2019

Case Style:   United States of America v. Kimberly Jones

DOCKET ENTRY (DAY 5): Out of the presence of the jury, the Court held an instruction conference pursuant to Rule 30.

PRESENT:     HON. _____, U.S. DISTRICT JUDGE
                        GREGORY F. VAN TATENHOVE

| Colleen Dawkins | Sandy Wilder | Andrew E. Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANTS:                                          ATTORNEYS FOR DEFENDANT:

Kimberly Jones (OR)                                   Ned Pillersdorf (Retained)

X  JURY TRIAL. The Jury impaneled and sworn as follows:

| Juror No. | 628 | Juror No. | 631 | Juror No. | 609 |
|---|---|---|---|---|---|
| Juror No. | 635 | Juror No. | 357 | Juror No. | 603 |
| Juror No. | 636 | Juror No. | 396 | | |
| Juror No. | 578 | Juror No. | 443 | | |
| Juror No. | 624 | Juror No. | 401 | | |
| Juror No. | 598 | Juror No. | 604 | | |

__X__   Introduction of evidence for plaintiff continued and concluded.

_____   Introduction of evidence for defendant begun but **not** concluded.

__X__   Case continued to Tuesday, February 5, 2019 at 9:30 AM for further trial. Counsel shall appear at 9:00 AM.

__X__   Motion for judgment of acquittal _____ granted __X__ **DENIED** for reasons stated on the record _____submitted.

_____   Jury retires to deliberate at _____; Jury returns at _____.

_____   FINDING BY COURT. _____JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT

_____   Jury Polled.   _____Polling Waived   _____Mistrial Declared.

_____   Case continued until _____ at _____ at _____, Kentucky for sentencing.

_____   Court received Presentence Report.   _____Copy furnished to counsel pursuant to Rule 32 FRCP.

_____   Copy of Presentence Report not requested.

__X__   Defendant remains on current conditions of pretrial release as set out in Order Setting Conditions of Release [R. 11] and as modified by Virtual Order [R. 18].

Copies:  COR, USP, USM
Initials of Deputy Clerk          scd                                            TIC: 3/38