UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| KIMBERLY JONES, | ) |
| Petitioner, | ) Case No. 6:18-cr-00030-GFVT-CJS |
| | ) Case No. 6:22-cv-00013-CJS |
| v. | ) |
| | ) **MEMORANDUM OPINION** |
| UNITED STATES OF AMERICA, | ) **&** |
| | ) **ORDER** |
| Respondent. | ) |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on a Report and Recommendation prepared by United States Magistrate Judge Candace J. Smith. [R. 156.] Judge Smith reviewed a motion to vacate filed by prisoner Kimberly Jones pursuant to 28 U.S.C. § 2255. [R. 142.] After conducting a preliminary review of the petition, Judge Smith recommends that the Court deny Jones' motion, deny a certificate of appealability, and dismiss the related collateral civil proceeding. [R. 156.] Because Jones did not object, the Court **ADOPTS** Judge Smith's Recommendation **[R. 156]** as and for the opinion of the Court and will **DENY** Jones' petition.

Judge Smith found that Jones' ineffective assistance of counsel claim was without merit. [R. 156 at 4-27.] Judge Smith carefully assessed the arguments presented by Jones and determined that Jones' counsel was not deficient for failing to call various witnesses identified by Jones. *Id*. at 5-19. Judge Smith also assessed Jones' claim that her counsel was ineffective for failing to challenge certain jury instructions and determined that those claims were similarly baseless. *Id*. at 19-27. Because "reasonable jurists would not debate the denial of Jones's § 2255

Motion or conclude that 'the issues presented are adequate to deserve encouragement to proceed further'" Judge Smith also recommends that Jones be denied a certificate of appealability.

Generally, this Court must make a *de novo* determination of those portions of a Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn,* 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, the Court has examined the record and agrees with Judge Smith's recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation **[R. 156]** is **ADOPTED** as and for the opinion of the Court;
2. Jones' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [R. 142] is **DENIED**;
3. A Certificate of Appealability is **DENIED** as to all issues raised; and
4. Judgment in this matter will follow promptly.

This the 28th day of January, 2025.

Gregory F. Van Tatenhove
United States District Judge